

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** February 28, 2017
**To:** The Honorable Robert J. Conrad, Jr., U.S. District Court Judge
**From:** Will Sinclair
**Subject:** Raul Morales-Guanill
Case #: 3:17-CR-00037-RJC-DCK-1
International Travel Request

The defendant has requested permission to travel to Ometepe, Nicaragua from March 3, 2017 to March 10, 2017. The defendant will be participating in a mission trip with Ambassadors to the Nations, which was his approved community service provider prior to his transfer of jurisdiction. The defendant will be staying at the Hotel Mansion Teolinda and serving the poor in that community.

The defendant has also requested travel to Siguatepeque, Honduras from March 22, 2017 to March 29, 2017 to participate in a mission trip through Realidad Ministerio Internacional Honduras. The defendant advised that he will be staying at the church in Siguatepeque. The defendant will be ministering in schools, churches and feeding programs at that location.

On February 17, 2017, this U.S. Probation Officer spoke with AUSA Dana Washington regarding the defendant's travel request. Neither this U.S. Probation Officer, nor the AUSA, had any objection to the defendant's travel plans. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

                                    By      s/ Will Sinclair
                                            Will Sinclair
                                            U.S. Probation Officer
                                            200 South College St
                                            Charlotte, NC 28202
                                            704-350-7672
                                            Date: February 17, 2017




Approved by:       s/ Glynis Eaton
                   Glynis Eaton
                   Supervising U.S. Probation Officer
                   704-350-7637

---

 THE COURT ORDERS:


x        Request for travel approved.
☐        Request for travel denied.
                                                            Date: February 17, 2017


                            Signed: February 28, 2017

                            Robert J. Conrad, Jr.
                            United States District Judge