

**Date:**  April 10, 2017
**To:**  The Honorable Robert J. Conrad, Jr., U.S. District Court Judge
**From:**  Will Sinclair
**Subject:**  **International Travel Request for Raul Morales-Guanill**
**Case #: 3:17-CR-00037-RJC-DCK-1**

---

The defendant has requested permission to return to Ometepe, Nicaragua from April 21 to April 28, 2017. The defendant will be participating in the inauguration of a school that he donated $15,000 to in January 2017. The defendant will be traveling with Ambassadors to the Nations and staying at a local hotel.

On March 23, 2017, this U.S. Probation Officer communicated with AUSA Taylor Phillips via email regarding the defendant's travel request. Neither this U.S. Probation Officer, nor the AUSA, have any objection to the defendant's travel plans. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By        s/ Will Sinclair
          Will Sinclair
          U.S. Probation Officer
          200 South College St
          Charlotte, NC 28202
          704-350-7672
          Date: <u>April 3, 2017</u>

Approved by:    <u>s/ Glynis Eaton</u>
                Glynis Eaton
                Supervising U.S. Probation Officer
                704-350-7637

---

THE COURT ORDERS:

x        Request for travel approved.
☐        Request for travel denied.

                          Date: April 3, 2017


                          Signed: April 10, 2017


                          Robert J. Conrad, Jr.
                          United States District Judge